United States District Court

Eastern District of California

James H. Fisher,

      Plaintiff,

vs.

N. Dizon, et al.,

      Defendants.

No. Civ. S 05-0540 MCE PAN P

Findings and Recommendations

-oOo-

Plaintiff is a state prisoner prosecuting this civil rights action without counsel.

July 15, 2005, the court dismissed plaintiff's claims against defendants Cameron, A. Crawford, Walker, Austria, Brida, Cruz and Wann pursuant to 28 U.S.C. § 1915A, with leave to amend. The court informed plaintiff he could proceed against defendants N. Dizon, M. Powers, J. Anunciation, J. Barrientos, F. Mendoza, G. Rosales, S. Swain, Yarber, Sumner, Newsom, Cry, R. St. Germain, Grannis, Pearson and Teresa Schwartz by submitting

materials for service within 15 days, but the court would construe his election so to proceed as consent to dismissal of his claims against defendants Cameron, A. Crawford, Walker, Austria, Brida, Cruz and Wann without leave to amend.

August 1, 2005, plaintiff submitted materials for service of defendants N. Dizon, M. Powers, J. Anunciation, J. Barrientos, F. Mendoza, G. Rosales, S. Swain, Yarber, Sumner, Newsom, Cry, R. St. Germain, Grannis, Pearson and Teresa Schwartz. I find plaintiff has consented to dismissal of claims against defendants Cameron, A. Crawford, Walker, Austria, Brida, Cruz and Wann without leave to amend.

Accordingly, the court hereby recommends that claims against defendants Cameron, A. Crawford, Walker, Austria, Brida, Cruz and Wann be dismissed without prejudice.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be filed within 20 days of service of these findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated: August 4, 2005.

    /s/ Peter A. Nowinski
    PETER A. NOWINSKI
    Magistrate Judge