United States District Court

Eastern District of California

James H. Fisher,

    Plaintiff,  No. Civ. S 05-0540 MCE PAN P

  vs.  Order

N. Dizon, et al.,

    Defendants.

-oOo-

October 7, 2005, defendant requested an extension of time to file and serve a response to the complaint.  Good cause appearing, defendant's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated:  October 11, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge