United States District Court

Eastern District of California

James H. Fisher,

     Plaintiff,                  No. Civ. S 05-0540 MCE PAN P

  vs.                          Order

N. Dizon, et al.,

     Defendants.

-oOo-

     December 19, 2005, plaintiff requested an extension of time to file and serve an opposition to defendants' motion to dismiss. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

     So ordered.

     Dated:  December 20, 2005.

                      /s/ Peter A. Nowinski
                      PETER A. NOWINSKI
                      Magistrate Judge