IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES H. FISHER,                         No. 2:05-cv-0540-MCE-PAN-P

     Plaintiff,

  v.                                      <u>ORDER</u>

N. DIZON, ET AL.,

     Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On May 17, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.

Plaintiff has filed Objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 17, 2006, are adopted in full; and

2. Defendants' November 10, 2005, Motion to Dismiss is granted in part and denied in part as follows:

    a. Defendants' Motion to Dismiss for failure to exhaust available administrative remedies Plaintiff's claim that Defendants Mendoza, Rosales and Swan[1] participated in the repeated harassment of Plaintiff and the March 14, 2004, beating of Plaintiff is denied;

    b. Defendant Dizon's Motion to Dismiss the claim that he violated the Eighth Amendment by subjecting Plaintiff to repeated night-time harassment, including poking Plaintiff in the buttocks, is denied;

///
///
///

---

[1] Defendant Swan was incorrectly referred to as defendant "Swain." (Objections at 3.)

1          c.   The Motion to Dismiss by Defendants Annunciacion,
2  Barrientos, Mendoza, Rosales and Swan on the ground Plaintiff
3  fails to state a claim they used excessive force against
4  Plaintiff in violation of the Eighth Amendment is denied;
5          d.   The Motion to Dismiss by Defendants Cry, Grannis,
6  Newsome, Pearson, St. Germain, Schwartz, Summer and Yarber on the
7  ground Plaintiff fails to state a claim they used excessive force
8  against Plaintiff in violation of the Eighth Amendment is
9  granted;
10          e.   The Motion to Dismiss by Defendants Dizon,
11  Annunciacion, Barrientos, Mendoza, Rosales, Swan, Yarber, Sumner,
12  Powers, Newsome, Cry, St. Germain, Pearson, Veal, Grannis and
13  Schwartz upon the ground Plaintiff fails to state a claim they
14  conspired to harass, torment and terrorize Plaintiff is granted;
15          f.   The Motion to Dismiss by all Defendants upon the
16  ground Plaintiff fails to state a claim for damages against them
17  in their official capacities is granted;
18          g.   The Motion to Dismiss by all Defendants upon the
19  ground that insofar as Plaintiff seeks relief pursuant to Title
20  II of the ADA, Plaintiff fails to state a claim is granted.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

3.  Defendant Swan shall file an answer to the excessive force claim in Plaintiff's Complaint within ten (10) days from the date of this Order.[2]

DATED: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] Defendants Annunciacion, Barrientos, Dizon, Mendoza, Powers, and Rosales filed an Answer to the Complaint on July 5, 2006.