IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES H. FISHER,

      Plaintiff,                    No. CIV S-05-0540 MCE EFB P

      vs.

N. DIZON, et al.,                <u>ORDER</u>

      Defendants.

                              /

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On September 21, 2007, the court found that plaintiff had failed to file an opposition to defendants' motion for summary judgment and recommended that this action be dismissed. On October 10, 2007, plaintiff requested additional time to file an opposition. The court granted that request and on December 26, 2007, plaintiff filed an opposition to defendants' motion for summary judgment. The matter now stands submitted for decision.

      Accordingly, it is ORDERED that the September 21, 2007, findings and recommendations are vacated.

Dated: January 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE