IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES H. FISHER,

        Plaintiff,                    No. CIV S-05-0540 MCE EFB P

    vs.

N. DIZON, et al.,

        Defendants.         ORDER

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendant Powers' motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's May 12, 2008, request is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to the motion for summary judgment.

        So ordered.

Dated: May 14, 2008.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE