1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES H. FISHER,

11         Plaintiff,                    No. CIV S-05-0540 MCE EFB P

12      vs.

13   N. DIZON, et al.,

14         Defendants.              ORDER

15   _____/

16        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  On April 15, 2008, plaintiff filed a motion to extend the time to file his

18   pretrial statement.  *See* Fed. R. Civ. P. 6(b).

19        Pursuant to the district judge's March 28, 2008, order, defendant Powers has filed a

20   motion for summary judgment.  Accordingly, the court will defer conducting a Pretrial

21   Conference until after disposition of the pending motion for summary judgment.

22        Accordingly, it is ORDERED that:

23        1.  Plaintiff's April 15, 2008, motion to extend time is denied as unnecessary; and

24   ////

25   ////

26   ////

1

1    2.  The court will set the matter for a Pretrial Conference, as appropriate, following

2   disposition of the pending motion for summary judgment.

3        So ordered.

4   DATED:  July 10, 2008.

5        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2